UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,	Case No. 15-20155

       Plaintiff,	Hon. Linda V. Parker

-vs-

DANA COOPER,

       Defendant.
_____/

## DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR VARIANCE

Defendant, Dana Cooper, by his attorney Joan E. Morgan, says in support of his Sentencing Memorandum and request for Variance:

1. Mr. Cooper entered guilty pleas to Felon in Possession of a Firearm, 18 USC 924(a)(2) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 USC 924( c). Sentencing is scheduled for August 26, 2015 at 11:00 a.m.

2. Mr. Cooper is 39 years old, an age which has a low recidivism rate. He was on state parole from 2012 to 2014 from a 2004 conviction, and he was compliant with all of his parole conditions. During his time on parole, he maintained employment and rehabilitated two houses in Flint for rental

property, but then reverted to selling drugs (see his letter, attached as Exhibit A). At the time of his arrest, he was completely cooperative with the agents and signed a written statement assuming responsibility for the drugs and guns in the home. He has remained steadfast in his acceptance of guilt and in his remorse throughout the pendency of this case.

    3. Mr. Cooper comes from a close, loving family. He has seven sisters, most of whom have written letters in support of him (as have some of his nieces and nephews); they are attached to this pleading as Exhibits F to M. His mother also wrote a letter (attached as Exhibit E), acknowledging her shortcomings in raising her children, as she and her husband were drug users. Several other relatives have also written letters which are attached to this pleading.

    4. Mr. Cooper has remained close to his two teenage sons; his son Diego's letter is attached hereto as Exhibit B. For twelve years, he has been in a steady relationship with Ameishia Calloway. She and her 12 year old daughter, Amyrionna Quyinn, have written letters which are attached as Exhibits C and D.

    5. The mandatory sentence for Count One is five years. The guidelines for Count Two are 30 to 37 months. Mr. Cooper is seeking a sentence of one day, credit for time served, for Count Two. This sentence would be sufficient,

but not greater than necessary, to fulfill the goals of 18 USC 3553(a).

                Respectfully submitted,

                s/Joan Ellerbusch Morgan
                Legal Aid and Defender Assn. Inc.
                Federal Defender Office
                Attorney for Defendant
                105 Paterson Building
                653 South Saginaw Street
                Flint, Michigan 48502
                (810) 232-3600
                joan_morgan@fd.org
                (P-34482)

Dated: July 28, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2015, I electronically filed the attached document using the ECF system which will send notification of such filing to the Assistant U.S. Attorney, Christopher Rawsthorne, and I personally served the document on Probation Officer Nichole Collins.

s/Joan Ellerbusch Morgan