UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF
AMERICA,

              Plaintiff,

v.                                        Criminal Case No. 15-20155
                                        Honorable Linda V. Parker

DANA COOPER,

              Defendant.
_____/

## OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On May 7, 2015, Defendant pleaded guilty to one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. 924(c) and one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). This Court sentenced Defendant on August 26, 2015 to consecutive terms of imprisonment of 60 months and 6 months, followed by a 2-year term of supervised release. Defendant's supervised release term commenced on December 27, 2019. On December 30, 2020, Defendant filed a *pro se* motion seeking early termination of his supervised release pursuant to 18 U.S.C. § 3583(e). (ECF No. 14.) The government filed a response to the motion on January 13, 2021,

indicating that it has no objection to the early termination of Defendant from supervised revised.  (ECF No. 16.)

Pursuant to § 3583(e), a district court has the discretion to terminate a term of supervised release after the defendant's completion of one year of his or her supervised release term.  18 U.S.C. § 3583(e)(1).  The statute instructs that early termination of supervised release should occur only when the defendant's conduct and the interests of justice warrant such action.  *Id.*  Here, Defendant has served more than a year of his two-year term of supervised release.  Defendant's probation officer informs the Court that Defendant has been extremely motivated during his supervised releasing, reporting when instructed, maintaining employment, and satisfying his fees in full.  Defendant also has remained drug and arrest free since his release.

The requirements for early termination of Defendant's supervised release as set forth in § 3583(e) are satisfied as Defendant has served more than a year of his supervised release term and the Court finds that the interests of justice are served by now releasing Defendant from supervised release.

Accordingly,

**IT IS ORDERED**, that Defendant's Motion for Early Termination of

Supervised Release pursuant to 18 U.S.C. § 3583(e) is **GRANTED**.

**IT IS SO ORDERED**.

s/ Linda V. Parker_____
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: January 19, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 19, 2021, by electronic and/or U.S. First Class mail.

s/ R. Loury_____
Case Manager